■ HERBERT H. LEVESS, Respondent, v. EDITH B. LEVESS, Appellant.— Order entered October 19, 1966 denying defendant's motion to dismiss the complaint for lack of jurisdiction of the subject matter, unanimously reversed on the law, with $50 costs and disbursements to the appellant and the complaint

dismissed on the authority of *Magowan* v. *Magowan* (45 Misc 2d 972, affd. 24 A D 2d 840, revd. 19 N Y 2d 296). Concur — Botein, P. J., Stevens, Tilzer, McNally and McGivern, JJ.